SEPTEMBER 15, 1939

No. 42192. —Protests 961296–G, etc., of Tassini & Salisch-Parver, Inc. C. D. 182. Application by plaintiff for rehearing granted.

No. 42193.— —Protest 913766–G of Arthur N. Cook. Abstract 41722. Application by plaintiff for rehearing granted.

No. 42194.— —Protest 933861–G of A. W. Fenton Co. Abstract 41721. Application by plaintiff for rehearing granted.

No. 42195.— —Protest 978093–G of Eisenberg Rubin, Inc. Abstract 41767. Application by plaintiff for rehearing granted.

BEFORE THE SECOND DIVISION, SEPTEMBER 18, 1939

No. 42196.—Protests 690431–G, etc., of Appleton Wire Works, Inc., et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 42197.—Protests 893145–G, etc., of S. H. Kress & Co. et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, SEPTEMBER 18, 1939

No. 42198.—Protests 834732–G, etc., of Ignaz Strauss & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Kwong v. United States (T. D. 49409) the wooden stands in question were found not to be entireties and were held dutiable at 33⅓ percent under paragraph 412 as claimed.

No. 42199.—Protest 894173–G of Mexican Pottery Co. (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of earthenware similar to that the subject of Arconti Hardware Co. v. United States (T. D. 49573). The claim at 20 percent under paragraph 210 was therefore sustained.

No. 42200.—Protest 958061–G of McKesson & Robbins, Inc. (Los Angeles).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of earthenware containers similar to those the subject of Abstract 41763. They were therefore held dutiable at one-third the rate of 10 cents per dozen pieces and 50 percent ad valorem under paragraphs 211 and 810 as claimed.